LOIS M. CROSS, Respondent, v. OSCAR COHEN, Appellant, and EARL A. SAGE, Defendant.— Motion for a reargument denied, with ten dollars costs, motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of WILLIAM L. CLAY, an Attorney and Counselor at Law.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 528.] Motion for stay of operation of order of March 15, 1939, granted until the hearing and determination of the appeal by the Court of Appeals or until the further order of this court. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

## FIRST DEPARTMENT, APRIL, 1939.
### (April 3, 1939.)

In the Matter of the Application of CENTRAL HANOVER BANK AND TRUST COMPANY, Petitioner, Appellant, for an Order Directing 42 BROADWAY REALTY CORPORATION, Respondent, to Produce and Make Available All Records and Other Data, etc.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Cohn, JJ. [See post, p. 1059.]

THE PEOPLE OF THE STATE OF NEW YORK v. IRWIN LEVIN.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed without prejudice to an application by defendant pursuant to section 520 of the Code of Criminal Procedure. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (April 6, 1939.)

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of MARY O'REILLY, Complainant, Respondent, v. DANIEL GARVEY, Appellant.— The various instruments executed or authorized by the complainant stating that the child was her husband's, together with the evidence of frequent association between the complainant and her husband, require the conclusion that the strong presumption of legitimacy has not been overcome. Order unanimously reversed and proceeding dismissed. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of RANDOLPH D. RAGSDALE, Appellant, Respondent, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, Appellant.— Order unanimously modified by directing payment of petitioner's salary at the rate of $4,260 per annum from July 1, 1937, to December 31, 1937, and as so modified, affirmed. (See Matter of Farrar v. Board of Education, 254 App. Div. 733.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY FISCHEL, Appellant, v. AARON REITMAN and DORA REITMAN, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.